[No. 7834–1–II.   Division Two.   July 23, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. BETH
ELLAN ARNOTH, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 83–1–00179–7, David R. Draper, J., entered June 4, 1984. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrich and Alexander, JJ.

[No. 7584–9–II.   Division Two.   July 23, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. CAMERINO
CAHUE PIZANO, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 8062, Nile E. Aubrey, J., entered March 8, 1983. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrich and Alexander, JJ.

[No. 7655–1–II.   Division Two.   July 23, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY
REESE GUTSCHOW, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 83–1–00503–5, Thomas L. Lodge, J., entered March 6, 1984. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.

[No. 14600–9–I.   Division One.   July 23, 1986.]

FEDERAL INSURANCE COMPANY, *Appellant*, v. DAVID
CHEEVER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 83–2–03208–1, Gerald L. Knight, J., entered March 23, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Williams and Webster, JJ.